# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Erica Webster

**BANKRUPTCY NO.** 2:09–bk–15293–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–3682
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 5/12/10

**Address:**
3637 Fair Oaks Ave
Altadena, CA 91001

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)    debtor's bankruptcy case is dismissed; and
(2)    the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: May 12, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**40 / WCK**