## United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Erica Webster

**BANKRUPTCY NO.** 2:09–bk–15293–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–3682
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 5/12/10

**Address:**
3637 Fair Oaks Ave
Altadena, CA 91001

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: May 12, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**40 / WCK**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: wkaaumoan               Page 1 of 1                  Date Rcvd: May 12, 2010
Case: 09-15293                 Form ID: van150               Total Noticed: 28

The following entities were noticed by first class mail on May 14, 2010.
db           +Erica Webster,   3637 Fair Oaks Ave,   Altadena, CA 91001-3909
aty          +Andrew Edward Smyth,   Smyth Law Office,   4929 Wilshire Blvd Ste 605,
               Los Angeles, CA 90010-3875
aty          +Joe M Lozano, Jr,   Vander Linden & Wernick P C,   9441 LBJ Freeway Ste 350,
               Dallas, TX 75243-4652
aty          +Mehrdaud Jafarnia,   Mccarthy & Holthus LLP,   1770 4th Ave,   San Diego, CA 92101-2607
aty          +Sheryl K Ith,   Cooksey, Toolen, Gage, Duffy & Woog,   535 Anton Blvd, 10th Fl,
               Costa Mesa, CA 92626-1947
tr           +Nancy K Curry,   606 South Olive Street, Suite 950,   Los Angeles, CA 90014-1668
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,   Sacramento, CA 95812-2952
smg           Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
cr           +Residential Credit Solutions,   4282 N. Freeway,   Ft. Worth, TX 76137-5021
23155312     +ALLIED INTERSTATE,   3000 CORPORATE EXCHANGE DR,   COLUMBUS OH 43231-7684
24002074      BRUCE MCLUCAS, MD,   100 UCLA MED PLAZA, #310,   LOS ANGELES, CA 90024-6999
23155313     +EMC MORTGAGE,   PO BOX 619063,   DALLAS TX 75261-9063
23155314     +FIRST AMERICAN BANK AND TRUST,   626 REVOLUTION ST,   HAVRE DE GRACE MD 21078-3320
23155315     +HELEN R FRAZIER,   CHAPTER 7 TRUSTEE,   17871 PARK PLAZA DRIVE SUITE 200,
               CERRITOS CA 90703-8597
24002075      HUNTINGTON HOSPITAL,   DEPT 0655,   LOS ANGELES, CA 90084-0655
23155316     +IMMEDIATE CREDIT REC,   169 MYERS CORNERS RD,   STE 110,   WAPPINGERS FALL NY 12590-3868
23155317    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  INTERNAL REVENUE SERVICE,   PO BOX 480 MAIL STOP 660,
               HOLTSVILLE NY  11742-0480)
23155318     +JJ MACYNTYRE C/O MEDICREDIT,   PO BOX 78150,   CORONA CA 92877-0138
23155319     +LOS ANGELES COUNTY TAX COLLECTOR,   225 NORTH HLL ST,   LOS ANGELES CA 90012-3232
23155320     +NATIONAL DEFAULT SERVICING CORP,   2525 EAST CAMELBACK ROAD,   SUITE 200,   PHOENIX AZ 85016-4224
23155321     +RCS,   NATIONAL LOAN SERVICING,   350 SOUTH GRAND AVE,   LOS ANGELES CA 90071-3406
24002076      ST MARY MEDICAL CENTER,   FILE #71893,   LOS ANGELES, CA 90074-0001
23155322      VANLOCHEM AND CHESNEY LLP,   6576 W SUNSET BLVD,   SUITE 422,   HOLLYWOOD CA 90028
23155323     +WELLS FARGO AUTO FINANCE,   1460 NORTHWEST VIVION ROAD,   PO BOX 28724,
               KANSAS CITY MO 64188-8724
24002077     +WESTSIDE RECOVERY SERVICE,   6200 WILSHIRE BLVD. #1100,   LOS ANGELES, CA 90048-5812
26119278     +Wells Fargo,   PO Box 7648,   Boise ID 83707-1648,   Attn: Herb Ropos

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wells Fargo Auto Finance, Inc.
                                                                                                   TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2010**               **Signature:**   *Joseph Speetjens*